UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| JOYCE HARKINS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-04248-FJG |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CORNERSTONE MORTGAGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE THAT Plaintiff, JOYCE HARKINS ("Plaintiff"), and

Defendants LINCOLN NATIONAL LIFE INSURANCE COMPANY and CORNERSTONE

MORTGAGE, INC. ("Defendants") through their respective counsel of record herein agree to

dismiss the action in its entirety with prejudice pursuant to Fed. R. Civ. P.41(a).  Each party shall

bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice.

IT IS SO STIPULATED.

Dated:  September 23, 2013          By:      /s/ William E. Hanna
                                            William E. Hanna, MO #39556
                                            Jacy J. Hurst Moneymaker, MO #59420
                                            STINSON MORRISON HECKER LLP
                                            1201 Walnut, Suite 2900
                                            Kansas City, Missouri  64106-2150
                                            (816) 842-8600
                                            (816) 691-3495 (fax)
                                            whanna@stinson.com
                                            jmoneymaker@stinson.com

                                            Attorneys for The Lincoln National Life
                                            Insurance Company

1

DB04/0756384.0024/9427810.1

Dated:  September 5, 2013          By:     /s/ Marsha R. Woodward

Marsha R. Woodward, MO #49932
Attorney at Law
11 E. Kansas Street
Liberty, MO  64068
816-792-8026
Fax:  816-781-6843
mrw@marshawoodward.com

Attorney for Plaintiff

DB04/0756384.0024/9427810.1